IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

```
MICHAEL R. JONES,              )
                               )   2:11-cv-02972-GEB-CMK
          Plaintiff,           )
                               )
     v.                        )   ORDER DENYING MOTION FOR
                               )   RECONSIDERATION
FOREST SERVICE; THOMAS J.      )
VILSACK, SECRETARY OF          )
AGRICULTURE; UNITED STATES     )
DEPARTMENT OF AGRICULTURE      )
                               )
          Defendants.          )
_____)
```

Plaintiff, appearing pro se, requests reconsideration of the Magistrate Judge's May 23, 2012 Order, which denied Plaintiff's request for recusal and request for appointment of counsel.

Pursuant to E.D. Cal. R. 303(f) and Federal Rule of Civil Procedure 72(a), a Magistrate Judge's orders shall be upheld unless "clearly erroneous or contrary to law[.]" Upon review of the entire file, the court finds that Plaintiff has not shown the Magistrate Judge's ruling was clearly erroneous or contrary to law. Therefore, Plaintiff's request for reconsideration is DENIED.

Dated:  June 19, 2012

_____
GARLAND E. BURRELL, JR.
United States District Judge

1