1

2

3

4

5

6

7

8                          **IN THE UNITED STATES DISTRICT COURT**

9                        **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11   MICHAEL R. JONES,                              No. CIV S-11-2972-GEB-CMK

12               Plaintiff,

13        vs.                                        ORDER

14   FOREST SERVICE, et al.,

15               Defendants.

16   _____/

17          Plaintiff, proceeding in propria persona, brings this civil action under 28 U.S.C. §

18   1331.  Pending before the court is plaintiff's motion for additional time and to change the

19   scheduling order (Doc. 14).

20          On August 31,  2012, the court issued a minute order resetting the initial

21   scheduling conference as no status reports had been filed and there had been no appearance by

22   the defendants.  The scheduling conference is now set for November 14, 2012, at 10:00 a.m.

23   before the undersigned in Redding, California.  Plaintiff is requesting the court order all parties to

24   not just file status reports, but also serve the other parties with any status reports filed, and to

25   allow plaintiff 30 days to respond to the defendants' answer to the complaint.

26   / / /

1    A response to a defendants' answer, unless otherwise ordered by the court, is not

2    an authorized pleading generally allowed pursuant to the Federal Rules of Civil Procedure, Rule

3    7(a).  The court finds no justification in this case to require such a pleading.  Therefore,

4    plaintiff's request for 30 days to file such a document will be denied as unnecessary.  As for

5    plaintiff's request that any status reports be served on the other parties, this is already required by

6    the Federal Rules of Civil Procedure, specifically Rule 5(a).  Any document filed with the court

7    must be served on all other parties.  In additional, the Local Rules address service on pro se

8    parties who are not under the electronic service requirement.  No specific court order is required

9    directing the parties to so serve the other parties.  The timing of filing and serving of all

10   documents is governed by the Federal Rules of Civil Procedure and the Eastern District of

11   California Local Rules.  The court finds no reason to alter any of those rules.

12    Finally, plaintiff is cautioned that it does not appear service of process has been

13   properly completed.  A preliminary review of his certificate of service (Doc. 13) does not show

14   that plaintiff has complied with the service requirements of Rule 4.  Plaintiff has informed the

15   court that he does not wish to have the U.S. Marshal serve the defendants in this case.  He may,

16   however, consider reviewing the service requirements contained in Rule 4 of the Federal Rules of

17   Civil Procedure, and attempt proper service again.

18    Accordingly, IT IS HEREBY ORDERED that plaintiff's motion for modification

19   (Doc. 14) is denied.  The initial scheduling conference is confirmed for November 14, 2012, at

20   10:00 a.m.

21

22    DATED:  November 1, 2012

23    CRAIG M. KELLISON
      UNITED STATES MAGISTRATE JUDGE

24

25

26

2