1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                          EASTERN DISTRICT OF CALIFORNIA

10

11    MICHAEL R. JONES,                         No.  2:11-cv-2972-GEB-CMK

12                 Plaintiff,

13         v.                                   **ORDER**

14    FORREST SERVICE, et al.,

15                 Defendant.

16

17              Plaintiff brought this civil action, proceeding pro se.  The matter was referred to

18    the court by the Ninth Circuit Court of Appeals to certify whether the appeal is taken in good

19    faith.  See 28 U.S.C. § 1915(a)(3).

20              Having reviewed the entire file, the court concludes that the appeal is <u>not</u> taken in

21    good faith.  As stated in the court's June 4, 2014, findings and recommendations, this action was

22    dismissed, without prejudice, for plaintiff's failure to timely serve the defendants, failure to

23    perfect service of process, and failure to prosecute.  Specifically, plaintiff was informed as to the

24    defects in the service of process, which he disagreed with but failed to correct, and failed to take

25    any action in this case in over a year.   The court also notes that plaintiff did not file any

26    objections to the Magistrate Judge's findings and recommendations.

27              Accordingly, IT IS HEREBY ORDERED that:

28         1.   This appeal is frivolous and <u>not</u> taken in good faith;

1

1        2.  Plaintiff's in forma pauperis status is appropriately revoked; and

2        3.  The Clerk of the Court is directed to serve a copy of this order on the Pro Se

3            Unit at the Ninth Circuit Court of Appeals.

4   Dated:  November 13, 2014

5

6

7        GARLAND E.  BURRELL,  JR.
         Senior United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28